

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2023

**VIA ECF**

The Honorable Laura Taylor Swain
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:   *United States v. Russell Dwayne Lewis*, 23 Cr. 032 (LTS)

Dear Judge Swain:

A status conference in the above-captioned case currently is scheduled for Thursday, June 1, 2023, at 10:30 a.m.  The Government has communicated with counsel for the defendant, and based on those discussions the parties jointly respectfully request a brief adjournment of approximately two weeks to allow for additional time for discussions of a pre-trial resolution.

Accordingly, the Government and defense counsel respectfully request that the next appearance be rescheduled for Tuesday, June 13, 2023, at 3:00 p.m., which we understand may be available in the Court's schedule, or for a time convenient for the Court at a date thereafter. Additionally, the parties currently expect that the rescheduled appearance will be a guilty plea proceeding, and the parties will advise the Court in the event that expectation changes.

The foregoing request for adjournment is granted.  The conference is hereby rescheduled as a change of plea hearing for June 13, 2023, at 3:00 pm.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of time from speedy trial computations from today's date through June 13, 2023, outweigh the best interests of the public and the defendant in a speedy trial to allow the parties to continue to discuss the possibility of a pretrial resolution.  DE#17 resolved.  SO ORDERED.
May 26, 2023
/s/ *Laura Taylor Swain*, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

Cc:  Counsel to defendant Russell Dwayne Lewis (via ECF)